UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

STEVEN HOOPER,

Defendant.

~~[PROPOSED]~~ ORDER

S1 19 Cr. 774 (JMF)

Upon the joint application of the United States of America, by and through AUDREY STRAUSS, United States Attorney for the Southern District of New York, OLGA I. ZVEROVICH and JESSICA FEINSTEIN, Assistant United States Attorneys, of counsel, and defendant STEVEN HOOPER, by and through his counsel of record,

WHEREAS, the Court finds that the ends of justice served by excluding time until July 21, 2021, outweigh the best interest of the public and the defendant in a speedy trial because the exclusion will allow the parties additional time to discuss potential pretrial resolutions in this case;

IT IS HEREBY ORDERED that the time from June 9, 2021, through July 21, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED:

Dated: New York, New York
       June 9       , 2021

_____
THE HONORABLE JESSE M. FURMAN
United States District Judge
Southern District of New York