UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

STEVEN HOOPER,

Defendant.

**ORDER**

S1 19 Cr. 774-3 (JMF)

Upon the joint application of the United States of America, by and through AUDREY STRAUSS, United States Attorney for the Southern District of New York, OLGA I. ZVEROVICH and JESSICA FEINSTEIN, Assistant United States Attorneys, of counsel, and defendant STEVEN HOOPER, by and through his counsel of record,

WHEREAS, the Court finds that the ends of justice served by excluding time until September 1, 2021, outweigh the best interest of the public and the defendant in a speedy trial because the exclusion will allow the parties additional time to discuss potential pretrial resolutions in this case;

IT IS HEREBY ORDERED that the time from July 21, 2021, through September 1, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is directed to terminate Doc. #123.

**SO ORDERED:**

Dated: New York, New York
       July 22, 2021

_____
THE HONORABLE JESSE M. FURMAN
United States District Judge
Southern District of New York