

45 West 29th Street, Suite 303
New York, New York 10001
CHAUDHRYLAW.COM

August 24, 2021

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *United States v. Steven Hooper*, S1 19 Cr. 774 (JMF)

Dear Judge Furman:

    I represent Steven Hooper, defendant in the above-referenced matter. The Court has set an in-person conference in this matter for all defendants tomorrow, August 25, 2021, at 3:30 p.m.

    As AUSAs Jessica Feinstein and Olga Zverovich have advised the Court, we believe Mr. Hooper will resolve this matter soon by pleading guilty pursuant to a cooperation agreement. Therefore I respectfully request that Mr. Hooper and counsel be excused from this conference. AUSAs Feinstein and Zverovich do not oppose this request.

                Respectfully submitted,

                Priya Chaudhry

Application GRANTED. The Clerk of Court is directed to terminate Doc. 139. SO ORDERED.

August 24, 2021

PRIYA CHAUDHRY          PRIYA@CHAUDHRYLAW.COM          212.785.5551