

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 6, 2021

*Application GRANTED. The change-of-plea proceeding is hereby scheduled for October 14, 2021, at 11:00 a.m. The Clerk of Court is directed to terminate Doc. #158. SO ORDERED.*

*October 6, 2021*

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *United States v. Steven Hooper*, S1 19 Cr. 774 (JMF)

Dear Judge Furman:

The Government respectfully submits this letter to inform the Court that the parties have reached a pretrial disposition in this case and to request that the Court schedule a change-of-plea hearing. As part of the resolution, the defendant would plead guilty to all of the counts in the S1 Indictment pursuant to a cooperation agreement with the Government. The parties are available to proceed on October 14, 2021, at 11 a.m. or at any other time on October 12, 14, or 15 that is convenient for the Court.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____

Jessica Feinstein
Olga I. Zverovich
Assistant United States Attorneys
(212) 637-1946 / 2514

cc: Priya Chaudhry, Esq. (by ECF)