UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

STEVEN HOOPER,

Defendant.

~~[PROPOSED]~~ ORDER

S1 19 Cr. 774 (JMF)

Upon the joint application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, OLGA I. ZVEROVICH and JESSICA FEINSTEIN, Assistant United States Attorneys, of counsel, and defendant STEVEN HOOPER, by and through his counsel of record,

WHEREAS, the Court finds that the ends of justice served by excluding time until November 29, 2021, outweigh the best interest of the public and the defendant in a speedy trial because the exclusion will allow the parties additional time to discuss potential pretrial resolutions in this case;

IT IS HEREBY ORDERED that the time from the date of this Order through November 29, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED:

Dated: New York, New York
       November 12, 2021

_____
THE HONORABLE JESSE M. FURMAN
United States District Judge
Southern District of New York