UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States, | |
|     Plaintiff, | 19-cr-0774 (JSR) |
| -v- | ORDER |
| Steven Hooper, | |
|     Defendant. | |

JED S. RAKOFF, U.S.D.J.:

Pursuant to a joint conference call on July 20, 2022 with counsel for the Government and for the defendant, the Court, on consent, hereby modifies the defendant's conditions of release to permit him to travel outside of SDNY/EDNY and the District of New Jersey on July 26, 2022, solely for the purpose of effectuating an early surrender to his designated facility, FCI Oakdale, located in Oakdale, Louisiana, on July 27, 2022. Pre-trial services and the Bureau of Prisons are authorized to take whatever steps are necessary to accommodate his surrender on this date.

    SO ORDERED.

New York, NY
July 21, 2022

                                            JED S. RAKOFF, U.S.D.J.